# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-20501
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
January 13, 2017

Lyle W. Cayce
Clerk

LINDA DUNBAR,

      Plaintiff - Appellant

v.

CITY OF HOUSTON; CITY OF WEST UNIVERSITY PLACE; CITY OF
BELLAIRE; CITY OF SOUTHSIDE PLACE; AMBIT ENERGY HOLDINGS,
L.L.C.; CENTERPOINT ENERGY, INCORPORATED; CITY OF WEST
UNIVERSITY PLACE - PUBLIC WORKS DEPARTMENT - OPERATIONS
DIVISION,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:16-CV-1121

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:*

      Plaintiff-Appellant Linda Dunbar appeals the Rule 12(b) dismissal of her complaint against the myriad public and private defendants named in her lawsuit. We have painstakingly reviewed Dunbar's brief and record excerpts

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20501

as well as the four appellate briefs and record excerpts filed by the various Defendants-Appellees, and have independently considered the record on appeal and the law applicable to Dunbar's appeal and the underlying dismissal of her lawsuit. As a result of our review, we are satisfied that the district court committed no reversible error in dismissing Dunbar's action with prejudice.

AFFIRMED.